LOUIS M. BUBALA, ESQ.  
Nevada State Bar No. 8974  
KAEMPFER CROWELL  
50 West Liberty Street, Suite 900  
Reno, NV 89501  
Telephone: (775) 852-3900  
Facsimile: (775) 327-2011  
Email: lbubala@kcnvlaw.com  

Electronically filed on  
July 22, 2014

Attorneys for Creditor Legacy Land Bank, FLCA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

MICHAEL B. NICHOLSON and  
RASHELL D. NICHOLSON,

    Debtors.

Case No.   BK-N-10-33895-LED

Chapter 13

**LIMITED OPPOSITION TO MOTION TO DISMISS, WITH CERTIFICATE OF SERVICE**

Hearing Date: 7/24/14  
Hearing Time: 2:00 p.m.

    Creditor Legacy Land Bank, FLCA, opposed a premature dismissal of this case. The Court entered its confirmation order on May 9, 2014 (Ct. Dkt. #205), and the Chapter 13 Trustee moved to dismiss the case on May 30, 2014, based on the debtors' failure to turn over a tax refund (Ct. Dkt. #207). Legacy has been contact with counsel for both parties, who advise that (1) their discussions have been delayed by the recent conference National Association of Chapter 13 Trustees, and (2) the motion may be continued provide them with additional time to reach a resolution. But neither trustee nor debtors have filed any papers addressing the motion or seeking a continuation. Legacy had hoped the parties would come to a solution, and it apologizes for the timing of response, but it requests a continuation on the record. Legacy takes no position on the merits of the trustee's motion, but it seeks to preserve its ability to be paid on its claim through this case. Additionally, if the case is dismissed, Legacy requests that the trustee distribute "any such payment in accordance with the plan as soon as is practicable" under Section 1326(a)(2) prior to the dismissal of the case and revestment of funds with the debtor.

    Dated this 22nd day of July, 2014    By: /s/Louis M. Bubala III

# CERTIFICATE OF SERVICE

1. On July 22, 2014, I served the following document(s):

**LIMITED OPPOSITION TO MOTION TO DISMISS, WITH CERTIFICATE OF SERVICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

MICHAEL J. BROCK on behalf of Debtor MICHAEL B NICHOLSON
jpl.bknotices@gmail.com

MICHAEL J. BROCK on behalf of Joint Debtor RASHELL D NICHOLSON
jpl.bknotices@gmail.com

LOUIS M. BUBALA, III on behalf of Creditor LEGACY LAND BANK FLCA
lbubala@kcnvlaw.com, bubalalawyer@gmail.com

DISCOVER BANK / DB SERVICING CORPORATION (all)
mrdiscpc@discover.com

GEORGE HAINES on behalf of Debtor MICHAEL B NICHOLSON
igotnotices@hainesandkrieger.com

GEORGE HAINES on behalf of Joint Debtor RASHELL D NICHOLSON
igotnotices@hainesandkrieger.com

DAVID KRIEGER on behalf of Debtor MICHAEL B NICHOLSON
igotnotices@hainesandkrieger.com

DAVID KRIEGER on behalf of Debtor MICHAEL B NICHOLSON
igotnotices@hainesandkrieger.com;nevadaign@gmail.com

DAVID KRIEGER on behalf of Joint Debtor RASHELL D NICHOLSON
igotnotices@hainesandkrieger.com

DAVID KRIEGER on behalf of Joint Debtor RASHELL D NICHOLSON
igotnotices@hainesandkrieger.com;nevadaign@gmail.com

KATHLEEN A. LEAVITT
courtsecf3@las13.com

KATHLEEN A. LEAVITT on behalf of Trustee KATHLEEN A. LEAVITT
courtsecf3@las13.com

ERVEN T. NELSON on behalf of Creditor The Village Bank

KAEMPFER CROWELL
50 West Liberty Street, Suite 900
Reno, Nevada 89501

1  enelson@djplaw.com, glacascia@djplaw.com

2  JESSICA G. PETERSON on behalf of Creditor The Village Bank
jpeterson@djplaw.com, khughes@djplaw.com

3

4  RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Servicing, LP
paula@reynoldslawyers.com

5  RONALD H REYNOLDS on behalf of Creditor PORTFOLIO RECOVERY ASSOCIATES, LLC, SUCCESSOR IN INTEREST TO CITIBANK (SOUTH DAKOTA), N.A. (M-SHELL CONSUMER)

6  paula@reynoldslawyers.com

7

8  JEFFREY SLOANE on behalf of Creditor FORD MOTOR CREDIT
barbara@jsloanelaw.com

9  WOLFE THOMPSON on behalf of Creditor CANDICA, LLC
wolfe@wolfelawyer.com, assistant@wolfelawyer.com;advnotices@w-legal.com;SamC@w-legal.com

10

11  WOLFE THOMPSON on behalf of Creditor DISCOVER BANK / DB SERVICING CORPORATION (all)

12  wolfe@wolfelawyer.com, assistant@wolfelawyer.com;advnotices@w-legal.com;SamC@w-legal.com

13

14  MICHAEL F THOMSON on behalf of Creditor The Village Bank
thomson.michael@dorsey.com

15

16  I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of July, 2014.

17

C. Byrne                                    /s/ C. Byrne
18  Name                                        Signed

19

20

21

22

23

24

KAEMPFER CROWELL
50 West Liberty Street, Suite 900
Reno, Nevada  89501